IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARY JANE SMOOT**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No.  5:19-cv-0865-XR |
| | § | |
| **CITY OF SHAVANO PARK, TEXAS**, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## DEFENDANT CITY OF SHAVANO PARK'S
## UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE XAVIER RODRIGUEZ:

**NOW COMES** the **CITY OF SHAVANO PARK**, Defendant in the above entitled and numbered cause and files this its Unopposed Motion for Continuance of the Status Conference scheduled for December 5, 2019 [ECF Doc. No. 8] and would respectfully show unto the Court the following:

**I.**

Defendant's counsel is scheduled for oral argument before the Fifth Circuit Court of Appeals in New Orleans on December 5, 2019 in Cause No. 19-50324, Rachel Escamilla v. Sheriff Pamela Elliott, et al.  Defense counsel respectfully requests the Court to continue the hearing on Status Conference to another available week pursuant to the Court's Calendar.  This motion is not made for the purpose of delay but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **CITY OF SHAVANO PARK** moves the Court to grant its continuance of the status conference hearing scheduled for December 5, 2019 to another date in accordance with the Court's calendar.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax

BY: *//s// Charles S. Frigerio*
       CHARLES S. FRIGERIO
       SBN:  07477500
       Lead Counsel

       HECTOR X. SAENZ
       SBN: 17514850
ATTORNEYS FOR DEFENDANT
**CITY OF SHAVANO PARK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant City of Shavano Park's Motion for Continuance of the Status Conference Hearing date filed via CM/ECF has been forwarded on this the 18th day of November, 2019 via the CM/ECF system to the following:

Mr. Jerad Wayne Najvar
Mr. Austin M.B. Whatley
Najvar Law Firm PLLC
2180 North Loop West, Suite 255          Via Email: jerad@najvarlaw.com
Houston, Texas 77018                                         austin@najvarlaw.com

*//s// Charles S. Frigerio*
CHARLES S. FRIGERIO