IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARY JANE SMOOT**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No.  5:19-cv-0865-XR |
| | § | |
| **CITY OF SHAVANO PARK, TEXAS**, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## <u>ORDER</u>

Came on to be considered the Defendant City of Shavano Park's Unopposed

Motion for Continuance of the Status Conference scheduled for December 5, 2019, the and

the Court finds that said Motion is Meritorious.

IT IS THEREFORE ORDERED, that Defendant City of Shavano Park's Motion

for continuance is hereby Granted and the Status Conference is reset to

_____, 2019.

Signed this _____ day of _____, 2019.

_____
XAVIER RODRIGUEZ
United States District Judge