IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARY JANE SMOOT,** | § § § § | |
| Plaintiff, | § § | |
| VS. | § § § | Civil Action No.  5:19-cv-0865-XR |
| **CITY OF SHAVANO PARK, TEXAS,** | § § § | |
| Defendant. | § § | |

**SECOND SUPPLEMENTAL INITIAL DISCLOSURES OF
DEFENDANT CITY OF SHAVANO PARK
<u>IN ACCORDANCE WITH RULE 26a(1) F.R.C.P.</u>**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE XAVIER RODRIGUEZ:**

Now comes  **CITY OF SHAVANO PARK**, Defendant in the above entitled and numbered cause and provides this its Second Supplemental Initial Disclosures pursuant to Rule 26a(1) of the Federal Rules of Civil Procedure and would respectfully show as follows;

(a) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identify the subjects of the information:

**Mary Jane Smoot**
c/o Mr. Jerad Wayne Najvar
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, Texas 77018

Witness has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit.  Witness has knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit.  Witness has knowledge of the Bentley Manor Homeowners Association rules.

**Adam Holzhauer**
111 Tuscany Way
Shavano Park, Texas 78249
(210) 492-9118

Witness has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witness has knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit. Witness has knowledge of the Bentley Manor Homeowners Association rules. Witness has knowledge regarding his position and duties as President of the Bentley Manor Homeowners Association.

**Code Enforcement Officer Micah Kerr**
**Chief Ray Lacy**
Shavano Park Police Department
900 Saddletree Court
Shavano Park, Texas 78231
(210) 492-9248

Witnesses have knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witnesses have knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit. Witnesses have knowledge of the Bentley Manor Homeowners Association rules. Witnesses have knowledge regarding their training experience and duties as police officers, generally and specifically as they apply to the incident made the basis of this lawsuit. Witnesses also have knowledge of the Shavano Park Code of Ordinances regarding signs and banners.

**WESTON MARTINEZ**
c/o Mr. Jerad Wayne Najvar
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, Texas 77018

Witness has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witness has knowledge that he is Plaintiff's son who ran for county commissioner and placed a 4 x 8 voting sign in Shavano Park on a residential yard in the year 2020.

**KONRAD KUYENDALL**
Shavano Park City Hall
900 Saddletree Court
Shavano Park, Texas 78231
(210) 492-9248

Witness has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witness has knowledge regarding his role as a Planning and Zoning Commission member with the City of Shavano Park. Witness has knowledge regarding the City of Shavano Park's Planning and Zoning Commission recommendation to amend sign ordinance to be in accordance with the Texas Election Code.

**Edward Ogden**
**Nancy Ogden**
130 Calais Way
Shavano Park, Texas 78249
(210) 493-9008

Witnesses have knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witnesses have knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit. Witnesses have knowledge of the Bentley Manor Homeowners Association rules.

**City Manager Bill Hill**
Shavano Park City Hall
900 Saddletree Court
Shavano Park, Texas 78231
(210) 492-9248

Witness has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Witness has knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit. Witness has knowledge of the Bentley Manor Homeowners Association rules. Witness has knowledge regarding his duties and training as City Manager for Shavano Park, in general and specifically as it applies to the incidents made the basis of this lawsuit. Witness also has knowledge of Shavano Park Code of Ordinances regarding signs and banners. Witness has knowledge that amended sign ordinance O-2020-0002 was passed May 18, 2020 by the City of Shavano Park City Council which includes an amendment of voting signs Section 24-6 to be in accordance with the Texas Election Code.

**Non-Retained Expert:**

**City Manager Bill Hill**
Shavano Park City Hall
900 Saddletree Court
Shavano Park, Texas 78231
(210) 492-9248

Non-retained Expert has knowledge of relevant facts pertaining to the incidents made the basis of this lawsuit. Non-retained Expert has knowledge regarding the July 2008 banner and signs incidents made the basis of this lawsuit. Non-retained Expert has knowledge of the Bentley Manor Homeowners Association rules. Non-retained Expert has knowledge regarding his duties and training as City Manager for Shavano Park, in general and specifically as it applies to the incidents made the basis of this lawsuit. Non-retained Expert also has knowledge of Shavano Park Code of Ordinances regarding signs and banners. Non-retained Expert has knowledge that amended sign ordinance O-2020-0002 was passed May 18, 2020 by the City of Shavano Park City Council which includes an amendment of voting signs Section 24-6 to be in accordance with the Texas Election Code.

**Defendant herein reserves the right to list any and all witnesses or experts listed by Plaintiff.**

(b) A copy of or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party that are relevant to the disputed facts alleged with particularity in the pleadings.

| | |
|---|---|
| 1. | August 17, 2018 Statement of Facts report by Officer Micha Kerr. |
| 2. | July 2008 Photograph of 4th of July Neighborhood Party Banner. |
| 3. | July 26, 2018 report by Chief Ray Lacy. |
| 4. | October 24, 2016 ordinance 0-2016-010 amending Chapter 24 Signs Ordinance. |
| 5. | August 28, 2018 Memo Timeline by City Manager Hill with Attachments of photos and texts messages. |
| 6. | August 17, 2018 Statement of Facts by Officer Kerr with Attachments of photographs and text messages. |
| 7. | July 27, 2018 Emails between Plaintiff's attorney and City Attorney. |
| 8. | May 1, 2017 Email from City attorney to Plaintiff's Attorney with attachment City Policy No. 11, Signs on Public Property. |
| 9. | October 22, 2018 letter from Plaintiff's Attorney to City Attorney. |
| 10. | October 26, 2015 City Council Agenda, Minutes, Staff Summary, IMLA Model Sign Code Article and Reed v. Town of Gilbert Opinion. |
| 11. | December 9, 2015 Planning and Zoning Commission Agenda, Minutes, and Staff Summary. |
| 12. | January 6, 2016 Planning and Zoning Commission Agenda and Minutes. |
| 13. | February 3, 2016 Planning and Zoning Commission Agenda and Minutes. |
| 14. | March 2, 2016 Planning and Zoning Commission Agenda, Staff Summary and Minutes. |
| 15. | April 6, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 16. | May 4, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 17. | June 1, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 18. | June 27, 2016 City Council Agenda, Minutes, Staff Summary and Proposed Ordinance 0-2016-010. |
| 19. | July 6, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 20. | August 3, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 21. | September 7, 2016 Planning and Zoning Commission Agenda, Minutes and Staff Summary and September 19, 2016 City Policy No. 11 signs on public property; |
| 22. | September 19, 2016 City Council Agenda, Minutes and Staff Summary, City Policy No. 11 and Sign Ordinance 0-2016-010. |
| 23. | October 24, 2016 City Council Agenda. |

| 24. | July 24, 2017 City Council Agenda, Minutes and Staff Summary and political signs ordinance proposal and city policy no. 11. |
|---|---|
| 25. | September 6, 2017 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 26. | October 11, 2017 Planning and Zoning Commission Agenda, Minutes and Staff Summary. |
| 27. | October 23, 2017 City Council Agenda, Minutes and Staff Summary and sign resolution, city policy no. 11, Staff Summary No. 2 and Ordinance 0-2017-021 Non-nuisance signs. |
| 28. | November 27, 2017 City Council Agenda, Minutes and Staff Summary and Ordinance 0-2017-021 Non-nuisance signs. |
| 29. | Fanning Signs, maps, text messages, and photographs regarding Plaintiff's ordinance violation in question. |
| 30. | July 26, 2018 Text Message complaint by HOA President Adam Holzhauer, July 27, 2018 Text Message from Chief Lacy to City Manager Hill regarding Plaintiff's ordinance violation with Kerr and Lacy Reports and relevant sign ordinance sections. |
| 31. | October 25, 2016 – December 14, 2018 emails and daily blotters regarding ordinance sign violations. |
| 32. | 2018 through 2019 Daily Police Blotters regarding ordinance sign violations. |
| 33. | Voice mail from HOA President Adam Holzhauer regarding Banner signs in question. |
| 34. | Text Messages between Plaintiff and Bill Hill regarding Banner signs in question. |
| 35. | Photographs of signs in violation of Sign Ordinance. |
| 36. | September 19, 2016 City Policy No. 11. |
| 37. | October 23, 2017 City Council Staff Summary regarding amending policy No. 11. |
| 38. | October 23, 2017 Resolution to Amend Policy No. 11 with attachments. |
| 39. | October 23, 2017 Amended City Policy No. 11. |
| 40. | City of Shavano Park Ordinance O-2020-002 amending Chapter 24 – Signs regarding allowed signage in residential and business zoning districts signed May 18, 2020. |
| 41. | February 24, 2020 Amended City Policy No. 11 – Signs on public property. |
| 42. | October 2, 2019 Planning and Zoning Commission Minutes regarding Ordinance O-2020-002. |
| 43. | November 6, 2019 Planning and Zoning Commission Minutes regarding Ordinance O-2020-002. |
| 44. | December 4, 2019 Planning and Zoning Commission Minutes regarding Ordinance O-2020-002. |
| 45. | February 5, 2020 Planning and Zoning Commission Minutes regarding Ordinance O-2020-002. |
| 46. | January 27, 2020 City of Shavano Park City Council Agenda and Minutes regarding Ordinance O-2020.002. |

Mary Jane Smoot v. City of Shavano Park                                                                Civil Action No. 5:19-cv-00865-XR
Defendant City of Shavano Park's Second Supplemental Initial Disclosures                                                          Page 5

| 47. | February 24, 2020 City of Shavano Park City Council Agenda and Staff Summary regarding Ordinance O-2020.002. |
|---|---|
| 48. | February 24, 2020 Planning and Zoning Commission Staff Summary regarding Ordinance O-2020.002. |
| 49. | May 18, 2020 City of Shavano Park City Council Agenda, Minutes and Staff Summary regarding Ordinance O-2020.002. |
| 50. | May 18, 2020 Ordinance O-2020.002. |
| 51. | March 23, 2020 City of Shavano Park City Council Agenda, Minutes and staff summary regarding COVID-19 Declaration of Disaster and Public Health Emergency. |
| 52. | July 27, 2020 City of Shavano Park City Council Agenda and Minutes regarding COVID-19 Declaration of Disaster and Public Health Emergency. |
| 53. | July 27, 2020 Ordinance O-2020.014 regarding COVID-19 Declaration of Disaster and Public Health Emergency. |
| 54. | August 24, 2020 City of Shavano Park City Council Staff Summary regarding Ordinance O-2020.014 being extended 28 days. |
| 55. | September 21, 2020 City of Shavano Park City Council Agenda, Minutes and Staff Summary regarding COVID-19 Declaration of Disaster and Public Health Emergency being extended 36 days under Ordinance O-2020-020. |
| 56. | April 17, 2015 Shavano Park Police Report by Officer Ebrom regarding Smoot Political Sign on Right-of-Way. |
| 57. | April 17, 2015 Shavano Park Police Report by Officer Quintanilla regarding Smoot Political Sign on Right-of-Way. |
| 58. | April 28, 2015 Shavano Park Police Report by Officer Ebrom regarding Smoot Political Sign on Right-of-Way. |
| 59. | May 8, 2015 Shavano Park Police Report by Officer Torres regarding Smoot Political Signs allegedly stolen. |
| 60. | April 13, 2016 Shavano Park Police Report by Officer Torres regarding suspicious vehicle during Smoot Campaigning. |
| 61. | April 26, 2016 Email from Creed to Florine regarding Smoot Political Sign allegedly stolen. |
| 62. | April 6, 2017 Email from Cole Mere to Zacker regarding Smoot Political Signs allegedly stolen. |
| 63. | April 7, 2017 Email from Florine to City Manager Hill regarding Smoot Political signs allegedly stolen. |
| 64. | April 26, 2017 Shavano Park Police Department Report by Officer Semlinger regarding Smoot Complaint of political letter. |

**Defendant herein reserves the right to list any and all exhibits listed by Plaintiff. Exhibits 1 – 39 were previously produced in the related case Etta Fanning v. City of Shavano Park, 5:18-CV-0803-XR Western District of Texas San Antonio Division.**

(c)   A computation of any category of damages claimed by the disclosing party, making available for inspection a copy under Rule 34 of the documents or evidentiary material, not privileged or protected from disclosure, on which such compilation is based, including materials bearing the nature and extent of injuries suffered.

**Not applicable to the Defendant herein.**

(d)  For inspection and coping as under Rule 34 any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Previously produced.**

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax

BY: //s// Charles S. Frigerio
    CHARLES S. FRIGERIO
    SBN: 07477500
    Lead Counsel

    HECTOR X. SAENZ
    SBN: 17514850
ATTORNEYS FOR DEFENDANT
**CITY OF SHAVANO PARK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant City of Shavano Park's First Supplemental Initial Disclosures filed via CM/ECF has been forwarded on this the 10th day of October, 2020 via the CM/ECF system to the following:

Mr. Jerad Wayne Najvar
Najvar Law Firm PLLC
2180 North Loop West, Suite 255
Houston, Texas 77018        Via Email: jerad@najvarlaw.com

//s// Charles S. Frigerio
CHARLES S. FRIGERIO