IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY JANE SMOOT,<br>   *Plaintiff*<br><br>-vs-<br><br>CITY OF SHAVANO PARK,<br>   *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-19-CV-00865-XR |

## ORDER

  On this date, the Court considered the status of this case. On March 4, 2021, the Court administratively closed this case pending resolution of a companion case then before the Fifth Circuit that could potentially affect issues in this case. *See* ECF No. (citing *Fanning v. City of Shavano Park*, No. 1:18-CV-803-XR (docketed on appeal as Case Number 20-50440).

  The Fifth Circuit vacated the Court's decision in *Fanning* and remanded for reconsideration in light of key events following the Court's entry of summary judgment in that case, including the Fifth Circuit's decision in *Reagan National Advertising of Austin, Inc. v. City of Austin*, 972 F.3d 696 (5th Cir. 2020), *cert. granted*, No. 20-1029, 2021 WL 2637836 (U.S. June 28, 2021). *See Fanning*, No. 1:18-CV-803-XR ECF No. 55. Although *Fanning* has been remanded for reconsideration in light of *Reagan*, the Fifth Circuit noted that the Supreme Court recently granted certiorari in *Reagan* and counseled that "it would be acceptable if the district court concludes that it should stay the proceedings on remand [in *Fanning*] until such time as the Court issues its opinion." *Id.* at 5.

  Because the Supreme Court's decision in *Reagan* could affect issues in both *Fanning* and this case, the Court finds that, in the interest of judicial economy, trial of this case should be

1

postponed until the Supreme Court issues a decision in *Reagan*. This case shall remain administratively closed this case pending further order of the Court.

It is so **ORDERED**.

**SIGNED** this 14th day of August, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE