IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY JANE SMOOT,<br>　　　　*Plaintiff* | §<br>§<br>§ | |
| | § | SA-19-CV-00865-XR |
| -vs- | §<br>§ | |
| CITY OF SHAVANO PARK,<br>　　　　*Defendant* | §<br>§<br>§<br>§ | |

### ORDER

On this day, the Court considered the status of this case. Federal Rule of Civil Procedure 42(a) provides that if actions "involve a common question of law or fact," the court may "consolidate the actions" or "issue any other order to avoid unnecessary cost or delay." FED. R. CIV. P. 42(a). The decision to consolidate actions under Rule 42(a) is "entirely within the discretion of the district court as it seeks to promote the administration of justice." *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir. 1973).

In compliance with the Court's May 20, 2022, order (ECF No. 35), the parties submitted an advisory stating that the above-captioned case should be consolidated in its entirety with the first-filed case *Fanning v. City of Shavano Park*, 5:18-CV-803-XR, because this case shares the same common questions of law and fact as first-filed case. ECF No. 36. Accordingly, it is **ORDERED** that this case, 5:19-CV-865-XR, is consolidated with the first-filed case, 5:18-CV-803-XR. The Clerk is **DIRECTED** to administratively close this case.

It is so **ORDERED**.

**SIGNED** this 31st day of May, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE